**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| TMP Worldwide, Inc., Plaintiff, v. Recruit USA, Inc., Defendant. | Civil No. 01CV2428 JMR/FLN **ORDER** |

The Court has been advised by counsel that the above-entitled action has been settled. Therefore, IT IS ORDERED THAT:

This action is dismissed with prejudice in accordance with the terms and conditions of a Settlement Agreement and Stipulation for Dismissal with Prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within fifteen (15) days.

Dated: February 14th, 2002

United States District Judge

S:\Clients\T's\TMP Worldwide, Inc. 11127\Recruit USA Litigation 11127-0002\Order.doc

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| TMP Worldwide, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Recruit USA, Inc.,<br><br>Defendant. | Civil No. 01CV2428 JMR/FLN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, by and through his counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, with Defendant's consent, voluntarily dismisses all counts of this cause of action in their entirety with prejudice. This stipulation is subject to the terms and conditions of a Settlement Agreement between the parties and the rights thereunder and not waived under this document. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

HELLMUTH & JOHNSON, PLLC

By: [signature]
David G. Hellmuth, ID #229131
Chad A. Johnson, ID #225149
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344
Telephone: (952) 941-4005
Attorneys for Plaintiff

Dated: 2/8/02

BALE, ANDERSON, POLSTEIN, RANDALL & HILL, LTD.

By: [signature]
Neil Polstein, ID #135446
527 Marquette Ave, Suite 1800
Minneapolis, MN 55402
Telephone: (612) 332-8063
Attorneys for Defendant

Dated: 2/11/02

S:\Clients\T's\TMP Worldwide, Inc. 11127\Recruit USA Litigation 11127-0002\Stip for Dismissal.doc